RICHARD M. BARNETT, Esq.
Attorney at Law
#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182

Attorney for Petitioner
ALEJANDRA VILLALOBOS

FILED
08 JUN -6 PM 4:28

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: EC   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE PETITION OF ALEJANDRA VILLALOBOS )
RELEASE OF SEIZED 2002 HONDA CRV, )
BAJA CALIFORNIA LICENSE 41d3842, )
)
)
ALEJANDRA VILLALOBOS, )
)
Petitioner. )

Case No. '08 CV 1024 W JMA

PETITION OF ALEJANDRA VILLALOBOS FOR RELEASE OF SEIZED VEHICLE

The Petitioner, ALEJANDRA VILLALOBOS, by and through her counsel, and pursuant to Title 18, United States Code, Section 983(f)(3)(A), hereby petitions this Court for the release of her 2002 Honda CRV during the pendency of administrative and/or judicial forfeiture proceedings.

### STATEMENT OF THE CASE

On April 29, 2008, petitioner's vehicle was seized at the Tecate Port of Entry. She is unaware of the statutory basis for the seizure as she has yet to receive a Notice of Seizure. However, the officers who seized the vehicle identified themselves as associated with the United States Border Patrol. On April 29, 2008, petitioner filed her Seized Asset Claim Form(s) and administrative Hardship Petitions with both the United States Border Patrol (see exhibit "A" attached hereto) and United States Customs and Border Protection (see exhibit "B" attached hereto).[1]

---

[1] Because petitioner was unaware at the time the petitions were filed which agency would be pursuing forfeiture, she filed her paperwork with both. Since those filing, petitioner's counsel has been advised the matter is being pursued by the United States Border Patrol.

1

1 As of the date of this filing, no response has been received from the U.S. Border Patrol to Ms. Villalobos' administrative petition.

In her petition, Ms. Villalobos explained she was employed as a psychologist by D.I.F., a government entity in Tecate, Mexico and needs her car to travel to and from work and the other necessities of life. Her other car is unreliable and thus needs she his vehicle.

## STATEMENT OF THE LAW

On August 23, 2002, the Civil Asset Forfeiture Reform Act of 2000 (CAFRA) went into effect. One of the main elements of the statute provides for the what is often referred to as a Hardship Release, a provision for the release of property during the pendency of the forfeiture proceedings. The 'release' provisions are found in Title 18, United States Code, Section 983(f), which provides as follows:

**(f)   RELEASE OF SEIZED PROPERTY**

**(1)** A claimant under subsection (a) is entitled to immediate release of seized property if -

**(A)** the claimant has a possessory interest in the property;

**(B)** the claimant has sufficient ties to the community to provide assurance that the property will be available at the time of the trial;

**(C)** the continued possession by the Government pending the final disposition of forfeiture proceedings will cause substantial hardship to the claimant, such as preventing the functioning of a business, preventing an individual from working, or leaving an individual homeless;

**(D)**  the claimant's likely hardship from the continued possession by the Government of the seized property outweighs the risk that the property will be destroyed, damaged, lost, concealed, or transferred if it is returned to the claimant during the pendency of the proceeding; and

**(E)** none of the conditions set forth in paragraph (8) applies.

In her petition to the U.S. Border Patrol, Ms. Villalobos met all of the above requirements. She set forth and documented she is the registered owner of the vehicle. [18 U.S.C. § 981(f)(1)(A)] (See Exhibit "B"). She further established her community ties by explaining she is lawfully entitled to enter the United States with a visa, which she's had for 27 years. U.S.C. § 981(f)(1)(B)]. She also explained the continued possession by the government pending final disposition of forfeiture proceedings will cause substantial hardship to her for the following reasons. She needs her vehicle to travel to and from work. Additionally, she needs her vehicle for the ordinary necessities of life, including going to the

1 grocery store, doctor's appointments, etc. [18 U.S.C. § 981(f)(1)(c)]. Finally, she demonstrated that
2 likely hardship from the continued possession by the Government of the vehicle outweighs the risk the
3 vehicle will be destroyed, damaged, lost or transferred if it is returned to her during the pendency of the
4 proceedings. Insurance has always been maintained on the vehicle and will continue to be maintained
5 should the vehicle be released. (See Exhibit "A" attached). [18 U.S.C. § 981(f)(1)(D)]. Nevertheless,
6 the U.S. Border Patrol has failed to even respond to her Petition.

7 As noted above, in spite of Ms. Villalobos clearly demonstrated hardship arising from the seizure
8 of the vehicle, U.S. Border Patrol has failed to return the release the vehicle. Congress has provided a
9 remedy for such inaction. Title 18, United States Code, Section 983(f)(3)(A) provides:

> If not later than 15 days after the date of a request under paragraph (2) the property has not been released, the claimant may file a petition in the district court in which the complaint has been filed or, if no complaint has been filed, in the district court in which the seizure warrant was issued or in the district court for the district in which the property was seized.

13 18 U.S.C. Section 983(f)(5) further provides:

> The court shall render a decision on a petition filed under paragraph (3) not later than 30 days after the date of the filing, unless such 30-day limitation is extended by consent of the parties or by the court for good cause shown.

16 18 U.S.C. Section (f)(6) goes on to require the following:

17 If -

18 **(A)** a petition is filed under paragraph (3); and

19 **(B)** the claimant demonstrates that the requirements of paragraph (1) have been met, the district court <u>shall</u> order that the property be returned to the claimant, pending completion of proceedings by the Government to obtain forfeiture of the property. (emphasis added).

21 Ms. Villalobos has met all of the above requirements. She has filed the petition under 18 U.S.C.
22 Sections 983(f)(1) and (2), she has demonstrated that the requirements of paragraph (f)(1) have been
23 met. Under these circumstances the statute calls for the court ordered release of the vehicle to her during
24 the pendency of the forfeiture proceedings.

25 If the court grants this petition, the court may enter any order necessary to ensure that the value
26 of the property is maintained while the forfeiture action is pending, including (1) permitting the
27 inspection, photographing, and inventory of the property; (2) fixing a bond in accordance with Rule E(5)
28 of the Supplemental Rules for Certain Admiralty and Maritime Claims; and (3) requiring the claimant

1  to obtain or maintain insurance on the subject property.  While it is petitioner's contention no bond is
2  necessary in this case, she has no objection to permitting the inspection, photographing and inventory
3  of the vehicle, nor requiring him to continue maintain insurance on the vehicle.

### CONCLUSION

Ms. Villalobos needs her vehicle so she can drive to and from work, and the ordinary necessities of life.  The U.S. Border Patrol's refusal to even rule on her Petition flies in the face of the intention of the statute, which was to provide redress for those with hardships.  She has clearly demonstrated a need for the return of the vehicle..

For the foregoing reasons, it is respectfully submitted this court should order the release of Ms. Villalobos' vehicle to her during the pendency of administrative and/or judicial forfeiture proceedings.

Dated: June 6, 2008

Respectfully submitted,

RICHARD M. BARNETT

Attorney for Petitioner
Alejandra Villalobos

## PROOF OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on June 6, 2008, I deposited in the United States Mail, in San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage: Petition of Nicolas Roleen for Release of Seized Vehicle to the office of the following individuals:

Mary C. Lundberg
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street
San Diego, CA 92188

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of June, 2008, at San Diego, California.

RICHARD M. BARNETT

**EXHIBIT A**

Law Offices of

# RICHARD M. BARNETT
*A Professional Law Corporation*

105 WEST F STREET
4th FLOOR
SAN DIEGO, CALIFORNIA 92101
Tel: (619) 231-1182
Fax: (619) 233-3221
email:rmb-atty@pacbell.net

COPY

May 22, 2008

United States Border Patrol
Asset Forfeiture Office
3752 Beyer Boulevard
San Diego, CA 92173

    Re:    **Seizure of One 2002 Honda CRV**
              **Vin No. JHLRD68432C019149**

To Whom It May Concern:

Please find enclosed the Seized Asset Claim Form, Hardship Petition and Election of Proceedings Form of Alejandra Villalobos in the above-referenced matter.

Please advise this office when the matter has been referred to the Office of the United States Attorney for the Southern District of California for the institution of judicial forfeiture proceedings.

Thank you in advance for your courtesy and attention to this matter.

Very truly yours,

Richard M. Barnett, Esq.
RMB:rb

enclosures

# SEIZED ASSET CLAIM FORM

Seizure No.   Unknown
Date of Seizure:   4-29-08
Place of Seizure:   Tecate Port of Entry, Tecate, California
Item Seized:  One 2002 Honda CRV, Baja California License #41D3842
VIN JHLRD68432C019149
Registered Owner: Alejandra Villalobos

**I hereby request that the Government file a Complaint for Judicial Forfeiture of the seized property described below. I have filled in all three parts, as required.**

PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

One 2002 Honda CRV, Baja California License #41D3842, VIN JHLRD68432C019149

PART II

State your interest in each item of property listed above. Provide any documents that support your claim of interest, such as titles, registrations, bills of sale, receipts, and so forth. Attach additional sheets of paper if more space is needed.

I am the owner of the seized vehicle.

PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

ALEJANDRA VILLALOBOS                    May 19, 2008
Name (Print)                                          Date

_____
Signature

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.*

HARDSHIP PETITION
[18 U.S.C. Section 983(f)(1)]

Seizure No.   Unknown
Date of Seizure:   4-29-08
Place of Seizure:   Tecate Port of Entry, Tecate, California
Item Seized:  One 2002 Honda CRV, Baja California License #41D3842
VIN JHLRD68432C019149
Registered Owner: Alejandra Villalobos

I, ALEJANDRA VILLALOBOS, am an owner of the seized 2002 Honda CRV.

I petition for the release of the 2002 Honda CRV pursuant to Title 18, United States Code, Section 983(f)(1) based on the following facts:

(A)   I am an owner of the vehicle;

(B)   I have sufficient ties to the community to provide assurance that the vehicle will be available at the time of trial. I am lawfully entitled to enter the United States with a visa, which I have had for 27 years.

(C)   The continued possession by the Government pending the final disposition of forfeiture proceedings will cause substantial hardship to me for the following reasons. I am employed as a psychologist by D.I.F., a government entity in Tecate, Mexico. I need my car to travel to and from work and the other necessities of life. My other car is unreliable and thus I need this vehicle.

(D)   The likely hardship from the continued possession by the Government of the vehicle outweighs the risk the vehicle will be destroyed, damaged, lost or transferred if it is returned to me during the pendency of the proceedings. Insurance has always been maintained on the vehicle and will continue to be maintained should the vehicle be released.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 19th day of May, 2008, at San Diego, California.

_____
ALEJANDRA VILLALOBOS

Law Offices of

# RICHARD M. BARNETT
*A Professional Law Corporation*

**COPY**

105 WEST F STREET
4th FLOOR
SAN DIEGO, CALIFORNIA 92101
Tel: (619) 231-1182
Fax: (619) 233-3221
email:rmb-atty@pacbell.net

May 22, 2008

Office of Fines, Penalties and Forfeitures
United States Customs and Border Protection
9495 Customhouse Plaza
San Diego, CA 92154-7631

    Re:    <u>**Seizure of One 2002 Honda CRV**</u>
                <u>**Vin No. JHLRD68432C019149**</u>

To Whom It May Concern:

Please find enclosed the Seized Asset Claim Form, Hardship Petition and Election of Proceedings Form of Alejandra Villalobos in the above-referenced matter.

Please advise this office when the matter has been referred to the Office of the United States Attorney for the Southern District of California for the institution of judicial forfeiture proceedings.

Thank you in advance for your courtesy and attention to this matter.

Very truly yours,

*[signature]*

Richard M. Barnett, Esq.
RMB:rb

enclosure

# SEIZED ASSET CLAIM FORM

Seizure No.  Unknown
Date of Seizure:   4-29-08
Place of Seizure:   Tecate Port of Entry, Tecate, California
Item Seized:  One 2002 Honda CRV, Baja California License #41D3842
   VIN JHLRD68432C019149
Registered Owner: Alejandra Villalobos

**I hereby request that the Government file a Complaint for Judicial Forfeiture of the seized property described below. I have filled in all three parts, as required.**

PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

One 2002 Honda CRV, Baja California License #41D3842, VIN JHLRD68432C019149

PART II

State your interest in each item of property listed above. Provide any documents that support your claim of interest, such as titles, registrations, bills of sale, receipts, and so forth. Attach additional sheets of paper if more space is needed.

I am the owner of the seized vehicle.

PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that the information provided in support of my claim is true and correct to the best of my knowledge and belief.


ALEJANDRA VILLALOBOS          May 19, 2008
Name (Print)                              Date


_____
Signature

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.*

# HARDSHIP PETITION
## [18 U.S.C. Section 983(f)(1)]

Seizure No.    Unknown
Date of Seizure:    4-29-08
Place of Seizure:    Tecate Port of Entry, Tecate, California
Item Seized:  One 2002 Honda CRV, Baja California License #41D3842
              VIN JHLRD68432C019149
Registered Owner: Alejandra Villalobos

I, ALEJANDRA VILLALOBOS, am an owner of the seized 2002 Honda CRV.

I petition for the release of the 2002 Honda CRV pursuant to Title 18, United States Code, Section 983(f)(1) based on the following facts:

(A)    I am an owner of the vehicle;

(B)    I have sufficient ties to the community to provide assurance that the vehicle will be available at the time of trial. I am lawfully entitled to enter the United States with a visa, which I have had for 27 years.

(C)    The continued possession by the Government pending the final disposition of forfeiture proceedings will cause substantial hardship to me for the following reasons. I am employed as a psychologist by D.I.F., a government entity in Tecate, Mexico. I need my car to travel to and from work and the other necessities of life. My other car is unreliable and thus I need this vehicle.

(D)    The likely hardship from the continued possession by the Government of the vehicle outweighs the risk the vehicle will be destroyed, damaged, lost or transferred if it is returned to me during the pendency of the proceedings. Insurance has always been maintained on the vehicle and will continue to be maintained should the vehicle be released.

I declare under penalty of perjury the foregoing is true and correct.

Executed this 19th day of May, 2008, at San Diego, California.

_____
ALEJANDRA VILLALOBOS

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Alejandra Villalobos

**DEFENDANTS**

United States of America

'08 CV 1024 W JMA
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Baja Cal, Mexico
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Richard M. Barnett
105 West F. Street, 4th Floor
San Diego, CA 92101
(619) 231-1182

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)  FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Petition for Hardship Release of Seized Vehicle
18 USC 983(f)(3)

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ■ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

■ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ■ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):  **JUDGE** _____  **Docket Number** _____

**DATE** 6-6-08 JAC #151718
6/6/08 $350

**SIGNATURE OF ATTORNEY OF RECORD** [signature]