**FILED**
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In Re: Petition of Alejandra Villalobos Release of Seized 2002 Honda CRV Baja California License 41d3842,

ALEJANDRA VILLALOBOS,

              Petitioner.

CASE NO. 08-CV-1024 W (JMA)

**ORDER REQUIRING GOVERNMENT RESPONSE**

On June 6, 2008 Petitioner Alejandra Villalobos ("Petitioner") petitioned this Court for the release of her 2002 Honda CRV during the pendency of the administrative and/or judicial forfeiture proceedings against said vehicle. Under 18 U.S.C. § 983(f), the Court must render a decision on the petition within thirty days. Thus, the Court Orders that any government entity with an interest in the forfeiture proceedings file a response to the petition by **June 23, 2008**. Any reply or traverse by Petitioner shall be due by **June 30, 2008**.

///
///
///
///
///
///
///

Petitioner shall be responsible for serving this Order on any interested parties, and to avoid procedural delays the Court reminds Petitioner to accurately state her name on any proofs of service filed with the Court. (See Doc. No. 1, *Proof of Service*.)

IT IS SO ORDERED.

DATE: June 17, 2008

HON. THOMAS J. WHELAN
United States District Court
Southern District of California