1  RICHARD M. BARNETT, Esq.
   Attorney at Law
2  #65132
   105 West F Street, 4th Floor
3  San Diego, CA 92101
   Telephone: (6l9) 231-1182
4

5  Attorney for Petitioner
   ALEJANDRA VILLALOBOS
6

7

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PETITION OF ALEJANDRA VILLALOBOS FOR RELEASE OF SEIZED 2002 CRV HONDA CIVIC, VIN JHLRD68432C019149, | Case No. 08-CV-1024-W(JMA)  **DISMISSAL OF PETITION** |
| ALEJANDRA VILLALOBOS | |
| Petitioner. | |

Petitioner and United States Customs and Border Protection have reached a settlement of the underlying administrative forfeiture proceedings. Accordingly, the petitioner, Alejandra Villalobos, by and through her counsel, hereby dismisses with prejudice her Petition for Release of Seized Vehicle.

Dated: July 2, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　s/Richard M. Barnett
　　　　　　　　　　　　　　　　　　RICHARD M. BARNETT

　　　　　　　　　　　　　　　　　　Attorney for Petitioner
　　　　　　　　　　　　　　　　　　Alejandra Villalobos

1

**CERTIFICATE OF SERVICE**

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on July 2, 2008, I have caused service of Dismissal of Petition on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1. Mary C. Lundberg, Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of July, 2007, at San Diego, California