FILED

08 JUL -3 PM 4: 07

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PETITION OF ALEJANDRA VILLALOBOS FOR RELEASE OF SEIZED 2002 CRV HONDA CIVIC, VIN JHLRD68432C019149, | CASE NO. 08-CV-1024 W (JMA)<br><br>ORDER GRANTING PETITIONER'S MOTION TO DISMISS (Doc. No. 3) |
| ALEJANDRA VILLALOBOS,<br><br>                    Petitioner. | |

On June 6, 2008 Petitioner Alejandra Villalobos ("Petitioner") filed this petition for a Hardship Release of her car, which the U.S. Border Patrol had previously seized. (Doc. No. 1.) On July 7, 2008 Petitioner filed a motion to dismiss, stating that Petitioner and the U.S. Customs and Border protection had reached settlement of the underlying administrative forfeiture proceedings. (Doc. No. 3.) Good cause appearing, the Court **GRANTS** Petitioner's motion and **DISMISSES WITH PREJUDICE** the Petition for Release of Seized Vehicle pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated: July 3, 2008

_____
Hon. THOMAS J. WHELAN
United States District Court
Southern District of California

- 1 -

08cv1024W